NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ZANTHIA ROBERTSON-MONROE, )
)
        Appellant, )
)
v. )    Case No. 2D17-4934
)
DEPARTMENT OF CHILDREN AND )
FAMILIES, )
)
        Appellee. )
_____ )

Opinion filed October 18, 2019.

Appeal from the Department of Children
and Families.

Zanthia Robertson-Monroe, pro se.

Deanne Fields, Assistant Regional
Counsel, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, MORRIS, and SMITH, JJ., Concur.